Petition for Writ of Mandamus Denied and Memorandum Opinion filed March
30, 2004









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed March 30, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00237-CV

____________

 

IN RE LETICIA ELIAS, JESUS ELIAS
AND AZTEC ROOFING & SHEET METAL CORP., Relators

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On March 15, 2004, relators
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  

We deny relators= petition for writ of mandamus. 

 

                                                                  PER
CURIAM

 

 

Petition Denied
and Memorandum Opinion filed March 30, 2004.

Panel consists of
.Justices Yates, Anderson, and Hudson.